IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROBERSON,

    Plaintiff,                        No. CIV S-04-0772 DFL KJM P

    vs.

F. BATES,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve a response to defendant's January 25, 2006 motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 13, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendant's January 25, 2006 motion for summary judgment. Defendant's reply, if any, shall be filed seven days thereafter.

DATED: February 21, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

/mp
robe0772.36