# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN ROBERSON,<br><br>         Plaintiff,<br><br>     v.<br><br>F. BATES,<br><br>         Defendant. | 2:04-CV-S-0772 DFL KJM P<br><br>**ORDER** |

On July 13, 2006, Defendant filed a request to vacate the existing scheduling order in light of the fact that this Court, on June 8, 2006, filed Findings and Recommendations, recommending that Defendant's motion for summary judgment be granted and that this action be dismissed. That recommendation is pending before the Honorable David F. Levi. Based on defendant's request, and good cause showing, the prospective dates set in the scheduling order are hereby vacated and will be reset at a later date if necessary.

**IT IS SO ORDERED.**

Dated: July 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1