IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROBERSON,

        Plaintiff,                No. CIV S-04-0772 DFL KJM P

    vs.

F. BATES,

        Defendant.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 9, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations. In his objections, plaintiff contends that Dr. Roche only addressed the delay from September 3 to 4 rather than the full delay from September 1 to 4. However, even if this is correct, plaintiff fails to provide adequate evidence of physical harm.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

1

1  304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
2  file, the court finds the findings and recommendations to be supported by the record and by
3  proper analysis.
4        Accordingly, IT IS HEREBY ORDERED that:
5        1.  The findings and recommendations filed June 9, 2006, are adopted in full; and
6        2.  Plaintiff's motion for summary judgment is denied and defendant's motion for
7  summary judgment is granted.
8  DATED: 9/28/2006

                              DAVID F. LEVI
                              United States District Judge